## Commonwealth *v.* Taylor, Appellant.

Submitted September 12, 1966. *Herbert Taylor,* appellant, in propria persona; *Henry T. Crocker* and *Richard A. Devlin,* Assistant District Attorneys, and

*Richard S. Lowe,* District Attorney, for Commonwealth, appellee.

Order affirmed.